HMK/mhb FS 7948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

        Plaintiff,                                07 CIV 9724 (PKC) (KNF)
                                                                 ECF CASE

   -against-

M/V STAR HARDANGER, her engines,         **RULE 7.1 STATEMENT**
boilers, tackle, etc., MASTERBULK PTE LTD.,
STAR SHIPPING AS, WESTFAL-LARSEN
MANAGEMENT AS

        Defendants.
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: November 1, 2007

                                               KINGSLEY, KINGSLEY & CALKINS
                                               Attorneys for Plaintiff


                                               BY:__/S/_____
                                                 HAROLD M. KINGSLEY
                                               91 W. Cherry Street
                                               Hicksville, New York 11801
                                               (516) 931-0064