UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL INC.,

                Plaintiff,

-V-

M/V STAR HARDANGER, her engines, boilers, tackles, etc.,
MASTERBULK PTE LTD STAR SHIPPING AS,
WESTFAL-LARSEN MANGEMENT AS
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 9724 (PKC)

*[Stamp: U.S. DISTRICT COURT FILED NOV 0 7 2007 S.D. OF N.Y.]*

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 7TH day of November, 2007

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 2ND day of November, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 577 US**

*[Signature: J. Michael McMahon]*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

November 6, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: MAN FERROSTAAL, INC. v. M/V STAR HARDANGER,
        her engines, boilers, tackle, etc., et. al.
        07 CIV. 9724 ((PKC)
        Our Ref: FS-7948

Sir:

  Please serve the enclosed Summons and Complaint on the following defendants by registered mail pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)©) (ii):



Very truly yours,