# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW

Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

**MEMO ENDORSED**

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

November 27, 2007

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, RM 755
New York, NY 10007

RE: MAN FERROSTAAL, INC. v. M/V STAR
HARDANGER, et al.
07 CIV 9724 (PKC)
Our Ref: FS 7948

Hon Sir:

We represent the plaintiff in this marine cargo action. This case was filed November 2, 2007, to comply with the one year statue of limitations prescribed in U.S. COGSA. The case has been scheduled for an initial pretrial conference on Friday, December 7, 2007, at 4:00 P.M.

We have been in contact and have been discussing possible settlement with the defendants directly. We consider settlement may well be obtainable, based on past experience, if the defendants are not required to retain counsel at this time.

Defendants have requested a six (6) month extension to investigate the claim and tender their offer. Accordingly, we respectfully request the initial pretrial conference be adjourned at the Court's discretion to a time convenient for the Court to allow parties to discuss and conclude settlement.

Thank you.

Respectfully,

*[Handwritten endorsement: The initial pretrial conference is adjourned to January 18, 2008 at 11:15am]*

HK:mg

*Hon. P. Kevin Castel, U.S.D.J.*

11/27/07