HMK/mhb FS 7948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                        Plaintiff,          07 CIV 9724 (PKC)(KNF)
                                                      ECF CASE

      -against-


M/V STAR HARDANGER, her engines,          **VOLUNTARY**
boilers, tackle, etc., MASTERBULK PTE LTD.,    **DISMISSAL**
STAR SHIPPING AS, WESTFAL-LARSEN
MANAGEMENT AS

                        Defendants.
------------------------------------------------------------X

    No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   January 9, 2008

                                        KINGSLEY, KINGSLEY & CALKINS
                                        Attorneys for Plaintiff

                                        BY: _____
                                        HAROLD M. KINGSLEY
                                        91 W. Cherry Street
                                        Hicksville, New York 11801
                                        (516) 931-0064