HMK/mhb PS 7948

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/9/08 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,            07 CIV 9724 (PKC)(KNF)
                                                               ECF CASE

      -against-

M/V STAR HARDANGER, her engines,          **VOLUNTARY**
boilers, tackle, etc., MASTERBULK PTE LTD.,   **DISMISSAL**
STAR SHIPPING AS, WESTFAL-LARSEN
MANAGEMENT AS

                Defendants.
---------------------------------------------------------X

     No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  January 9, 2008

                                                  KINGSLEY, KINGSLEY & CALKINS
                                                  Attorneys for Plaintiff

SO ORDERED
*[signature]*
USDJ
1-9-08

                                                  BY: *[signature]*
                                                  HAROLD M. KINGSLEY
                                                  91 W. Cherry Street
                                                  Hicksville, New York 11801
                                                  (516) 931-0064